Paul Scott Nelson
Name H.D.S.P,
P.O. Box 650
Indian Springs, Nev.
              89070

82571
Prison Number

```
┌─────────────────────────────────────────┐
│  ___ FILED          ___ RECEIVED         │
│  ___ ENTERED        ___ SERVED ON        │
│      COUNSEL/PARTIES OF RECORD           │
│                                          │
│         DEC - 9 2020                     │
│                                          │
│    CLERK US DISTRICT COURT               │
│     DISTRICT OF NEVADA                   │
│  BY:_____DEPUTY      │
└─────────────────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### ***

Paul Scott Nelson                ,
                        Plaintiff

vs.

Daniels, Dir. N.D.O.C. ,
____ Johnson, Warden H.D. ,
Rober Faulkner, D.O.N. ,
Dr. Wulff, ____ ,
Dr. Bryan ____ ,
                        Defendant(s).


# 2:20-cv-02224-JAD-NJK

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**


## A.   JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, Paul Scott Nelson ,
                                                    (print plaintiff's name)

who presently resides at H.D.S.P. (High Desert) , were violated by

the actions of the below-named individuals that were directed against Plaintiff at

High Desert State Prison         on   the   following   dates:
(institution/city where violation occurred)

12-13-2018 , _____ , and _____ .
(Claim 1)            (Claim 2)                (Claim 3)


Revised 7/8/19

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2)    Defendant _DANIELS,_____ resides at _CONFIDENTIAL_____, and is
          (full name of first defendant)                      (address of first defendant)

employed as _DIRECTOR, N.D.O.C._. This defendant is sued in his/her
          (defendant's position and title, if any)

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _DIRECTOR OF THE NEVADA DIRECTOR OF_

_CORRECTIONS / AT ALL TIMES RELEVANT_____

3)    Defendant _JOHNSON,_____ resides at _CONFIDENTIAL_____, and is

employed as _WARDEN, H.D.S.P._. This defendant is sued in his/her

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _WARDEN OF HIGH DESERT STATE PRISON /_

_AT ALL TIMES RELEVANT_____

4)    Defendant _____FAULKNER___ resides at _CONFIDENTIAL_____, and is

employed as _DIRECTOR OF NURSING_. This defendant is sued in his/her

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _DIRECTOR OF NURSING / HIGH DESERT_

_MEDICAL DEPARTMENT AT ALL TIMES RELEVANT_____

2

5) Defendant DR. WULFF, resides at CONFIDENTIAL, and is employed as DOCTOR H.D.S.P. . This defendant is sued in his/her X individual X official capacity. (Check one or both.) Explain how this defendant was acting under color of law: A DOCTOR WITHIN THE HIGH DESERT STATE PRISON MEDICAL DEPARTMENT/ALL TIMES RELEVANT

6) Defendant DR. BB resides at CONFIDENTIAL, and is employed as DOCTOR H.D.S.P. . This defendant is sued in his/her X individual X official capacity. (Check one or both.) Explain how this defendant was acting under color of law: DOCTOR WITHIN HIGH DESERT STATE PRISON MEDICAL DEPARTMENT/AT ALL TIMES RELEVANT

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

ANY AND ALL OTHER AUTHORITY, LAWS, TREATISE, STATUTES VESTED IN THIS COURTS JURISDICTION

## B.   NATURE OF THE CASE

8) Briefly state the background of your case.

ON THE DATE OF: 12-13-18, WHILE WORKING WITHIN H.D.S.P., I SUSTAINED AN INJURY, WHICH I BELIEVED TO BE AN 'ABDOMINAL HERNIA'. THE H.D.S.P. MEDICAL DEPARTMENT HAS FAILED OR REFUSED TO PROVIDE PROPER AND ADEQUATE MEDICAL CARE, IN VIOLATION OF 8TH AMENDMENT OF THE U.S. CONSTITUTION; AND 1ST AMENDMENT OF U.S. CONST.

3

## C.      CAUSE(S) OF ACTION

### CLAIM 1

The following civil rights have been violated: EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION: 'DELIBERATE INDIFFERENCE AND' 'CRUEL AND UNUSUAL PUNISHMENT'; AND FIRST AMENDMENT U.S. CONST.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1. ON THE DATE OF 12-13-2018, I WAS WORKING IN THE HIGH DESERT STATE PRISON BOILER ROOM.

2. THE HIGH DESERT STATE PRISON (H.D.S.P.) BOILER ROOM THAT I (PLAINTIFF); WAS WORKING IN, IS BEHIND THE H.D.S.P. CULINARY.

3. PLAINTIFF STATES: AS I WAS MOVING A STEEL PANEL APPROXIMATELY 8 FEET BY THREE FEET (3) IN SIZE; THE PANEL BEGAN TO SLIP/OR SEPERATE FROM THE INSULATION ON ONE SIDE. WHEN THE INSULATION STARTED TO PEEL AWAY, THE PANEL BECAME VERY AWKWARD AND SHIFTED THE LEVERAGE ON ME, I STUMBLED AND THAT'S WHEN I FELT THE INITIAL "SHARP PAIN."

4. I REPORTED THE PAIN TO MY IMMEDIATE 'FREE-STAFF SUPERVISOR; AND THE UNIT OFFICER. THESE TWO PRISON EMPLOYEES INFORMED ME THAT I SHOULD REPORT THE INCIDENT TO THE HIGH DESERT STATE PRISON MEDICAL DEPARTMENT.

5. PLAINTIFF, THEREAFTER WROTE A 'MEDICAL KITE' TO THE H.D.S.P. MEDICAL DEPARTMENT.

6. DURING THE FIVE MONTH PERIOD OF TIME FROM THE DATE PLAINTIFF INFORMED THE H.D.S.P. MEDICAL DEPARTMENT OF THE 'HERNIA' INJURY; PLAINTIFF SUFFERED FROM A SERIES OF PAIN SPELLS.

7. PLAINTIFF STATES, WHEN HE FINALLY SAW THE MEDICAL SPECIALISTS WITHIN THE H.D.S.P. MEDICAL DEPARTMENT, THE SWELL IN THE WALL OF PLAINTIFF'S ABDOMEN HAD INCREASED TREMENDOUSLY, AND BY THAT TIME, EVERY TIME PLAINTIFF COUGHED, FARTED, USED THE TOILET #1 or #2, SNEEZED; OR WORKED FOR PROLONGED PERIODS OF TIME PETRUSIONS WOULD APPEAR IN PLAINTIFF'S ABDOMEN WALL.

8. THE MEDICAL PRACTITIONER IN THE H.D.S.P. WHO I SHOWED THE HERNIA TO; GAVE ME A 'HERNIA BELT'; AND SAID HAVE A NICE DAY.

9. I INFORMED THE DOCTOR THAT I WANTED TO BE SEEN BY AN OUTSIDE SPECIALIST FOR POSS-IBLE SURGERY.

THIS SPECIALIST REFUSED TO MAKE A NOTE OF MY REQUEST; OR REFER ME TO AN OUTSIDE AGENCY.

10. SINCE THE INJURY, THE H.D.S.P. MEDICAL DEPARTMENT HAS FAILED OR REFUSED TO ALLOW ME TO RECEIVE ANY FURTHER TREATMENT, EVEN THOUGH

4 (A).

I HAVE EXPLAINED THAT I REMAIN IN CONSTANT
PAIN; AND THE HERNIA HAS NOT GONE AWAY;
AND HAS INFACT GOTTEN BIGGER.

11.   IT IS FOR THIS REASON, I BELIEVE THAT
THE HIGH DESERT STATE PRISON MEDICAL DEPART-
MENT; AND IT'S DOCTORS AND MEDICAL NURSES
HAVE ACTED 'DELIBERATELY INDIFFERENT TO MY
SERIOUS MEDICAL NEEDS.'

12.   THE 'HERNIA BELT' DOES NOT HELP PLAINTIFF
VERY MUCH. PLAINTIFF HAS TO HOLD THE INJURY TO
KEEP THE HERNIA IN PLACE AT ALL TIMES; OR PLAINTIFF
CAN FEEL SOMETHING 'POPPING' IN AND OUT OF MY
ABDOMIN WALL.

13.   PLAINTIFF HAS EXPLAINED THIS TO: DEFENDANTS
DR. WULFF, DR. BRYANT, D.O.N. FAULKNER; WARDEN
JOHNSON; AND DIRECTOR DANIELS; THROUGH A SERIES
OF: 'INTERDEPARTMENTAL MAIL' (LETTERS). ID.

14.   THE REASON PLAINTIFF SENT 'INTERDEPARTMENTAL
LETTERS' (MAIL) TO THE NAMED DEFENDANTS: WAS FOR
THE PURPOSE OF INSURING THEY WERE AWARE OF MY
SERIOUS MEDICAL NEEDS: 'PERSONALLY' AND 'OFFICIALLY';
SINCE H.D.S.P. AND THE N.D.O.C. HAS IMPLEMENTED
ADMINISTRATIVE REGULATIONS, WHICH STATE THAT AN
INMATE CAN NOT GRIEVE 'OUTSIDE PROVIDERS'. AND
PLAINTIFF DIDN'T WANT HIS MEDICAL NEEDS TO FALL
'BETWEEN THE CRACKS'; SINCE INMATE GRIEVANCES DON'T

4 (B).

ALWAYS REACH THE PEOPLE, WHO ARE RESPONSIBLE FOR
THE BIG DECISIONS.

15. PLAINTIFF BELIEVES ANY POLICY WITHIN THE
NEVADA DEPARTMENT OF CORRECTIONS, WHICH WORKS TO
CIRCUMVENT HIS ABILITY TO GRIEVE, OR CHALLENGE
THE MEDICAL PROVIDERS ACTIONS, WITHIN H.D.S.P.
WORK TOO; AND HAVE INFACT VIOLATES HIS 1ST
AMENDMENT RIGHT TO 'REDRESS GRIEVANCES' IN
VIOLATION OF THE UNITED STATES CONSTITUTION;
AND 'CHILLS' HIS ABILITY TO RECEIVE THE PROPER
AND ADEQUATE MEDICAL TREATMENT OF WHICH HE
IS ENTITLED.

16. DEFENDANT SUBMITS DEFENDANT, DR. BRYAN IS
LIABLE BECAUSE HE PRESCRIBES PAIN MEDICATION WITHIN
H.D.S.P.; AND HAS FAILED OR REFUSED TO DO SO FOR PLAINTIFF'S
PAIN AND SUFFERING.

17. DEFENDANT SUBMITS DEFENDANT, DR. WULFF IS
LIABLE, BECAUSE HE IS RESPONSIBLE FOR REFERRALS OF
INMATES FOR MRI'S AND OUTSIDE TREATMENT FOR
SPECIALIZED CARE.

18. DEFENDANT FAULKNER IS LIABLE BECAUSE HE
HAS FAILED, OR REFUSED TO ENSURE PROPER COORDINATION
OF PLAINTIFF'S MEDICAL NEEDS FOR PAIN MEDICATION AND
PROPER MEDICAL TREATMENT.

19. PLAINTIFF SUBMITS WARDEN JOHNSON IS LIABLE,

4(C).

ECAUSE AS WARDEN OF H.D.S.P., THIS WARDEN HAS FAILED, OR REFUSED TO ENSURE THAT PLAINTIFF HAS RECEIVED PROPER AND ADEQUATE MEDICAL TREATMENT AND PAIN MEDICATION WITHIN H.D.S.P. AND FURTHER SUPPORTS ADMINISTRATIVE REGULATIONS STATING H.D.S.P. INMATES CAN NOT GRIEVE OUTSIDE PROVIDERS; WHO PROVIDE MEDICAL CARE WITHIN H.D.S.P. THE VERY FACILITY HE HAS AUTHORITY TO REGULATE AND OVERALL SUPERVISE.

20. PLAINTIFF SUBMITS DEFENDANT DANIELS IS LIABLE, BECAUSE HE HAS FAILED, OR REFUSED TO ENSURE PLAINTIFF HAS RECEIVED PROPER AND ADEQUATE MEDICAL TREATMENT AND PAIN MEDICATION; AND 'OUTSIDE' MEDI CARE.

21. PLAINTIFF NEVER SIGNED A WAIVER OF ANY SORT; STATING THAT HE WAIVED ANY TREATMENT'S OR THAT THE PRISON WOULD NOT BE LIABLE IF HE WERE PERFORM-ING HIS INMATE JOB DISCRIPTION AS A MEMBER OF THE HIGH DESERT STATE PRISON MAINTENANCE CREW; AND WAS INJURED WHILE ON THE JOB.

22. PLAINTIFF WAS INSTEAD, UNDER THE BELIEF THAT IF HE WAS INJURED, OR INJURED HIMSELF; HE WOULD RECEIVE PROPER AND ADEQUATE MEDICAL TREATMENT; AN FOLLOW-UP CARE. AND THAT HAD PLAINTIFF BEEN IN-FORMED THAT HE WOULD NOT RECEIVE PROPER AND ADEQUATE MEDICAL CARE; HE WOULD HAVE CHOSE NOT TO WORK IN THE H.D.S.P. MAINTENANCE DEPARTMENT BECAUSE OF THE POSSIBILITY; REAL AND PRECEIVED THAT HE COULD; OR

4 (D).

OR MIGHT WELL, WOULD HAVE A CHANCE OF BEING INJURED AT SOME POINT.

23. PLAINTIFF SUBMITS ("ALLEGES") DR. WULFF AND DR. BRYAN KNEW; AS WELL AS D.O.N. FAULKNER; THAT THE HIGH DESERT STATE PRISON MEDICAL DEPARTMENT DID NOT/DOES NOT HAVE THE TYPE OF MEDICAL EQUIPMENT NEEDED AND NECESSARY TO PROPERLY AND ADEQUATELY ASSESS PLAINTIFF'S 'ABDOMENAL HERNIA' INJURY AND PRESCRIBE FURTHER TREATMENT. YET EACH OF THE DEFENDANT(S) IN THEIR OFFICIAL CAPACITY, FAILED, OR REFUSED TO ENSURE THAT PLAINTIFF BE GIVEN THE PROPER AND ADEQUATE CARE AND TREATMENT OF INJURY; BY REFERRAL TO AN OUT OF PRISON MEDICAL FACILITY.

24. THE MEDICAL DEFENDANTS; DR. WULFF, DR. BRYAN, AND DR. FAULKNER ACTED UNDER COLOR OF STATE LAW, INCLUDING BUT NOT LIMITED TO THOSE FURTHER PROVIDED FOR IN ADMINISTRATIVE REGULATION 600 (NRS 209.131 AND NRS 209.381), WHICH PROVIDES:

> THE MEDICAL DIRECTOR IS RESPONSIBLE FOR THE FORMULATION OF HEALTH POLICY REGARDING THE HEALTH CARE DELIVERY SYSTEM, INCLUDING THE DEVELOPMENT AND MONITORING STANDARDS AND PROCEDURES FOR HEALTH CARE SERVICES FOR ALL INMATES CONFINED WITHIN THE FACILITIES AND HAS OVERALL RESPONSIBILITY FOR THE CLINICAL OPERATION OF THE MEDICAL DIVISION.

- - -

4 (E).

THE CHIEFS OF NURSING SERVICES ADMINISTER AND DIRECT THE ORGANIZED NURSING SERVICES OF MULTIPLE PRISON FACILITIES WITHIN THEIR GEOGRAPHED AREA AND SUPERVISE THE IN-STITUTIONAL DIRECTORS OF NURSING SERVICE.

THE INSTITUTIONAL DIRECTOR OF NURSING SERVICES (DONS/D.O.N.'s) IS THE HEALTH CARE ADMINI-STRATOR (HCA) AT THEIR RESPECTIVE IN-STITUTION, THE HCA IS RESPONSIBLE FOR THE PROVISION OF HEALTH CARE SERVICES AT THAT INSTITUTION, ENSURING ALL INMATES HAVE UNIMPEDED ACCESS. ADDITIONALLY, THE DON'S AS HCA IS RESPONSIBLE FOR THE OVERALL ADMINISTRATIVE SUPERVISION OF ALL MEDICAL DIVISION EMPLOYEES AT THEIR INSTITUTION, TO INCLUDE PERSONNEL AND OPERATIONAL MATTERS.

25. THE MEDICAL DEFENDANTS): WULFF, DR.; BRYAN, DR.; AND FAULKNER, D.O.N.; KNEW, OR SHOULD HAVE KNOWN THAT THEIR CONDUCT, ATTITUDES AND ACTIONS; AND FAILURE TO ACT. CREATED AN UNREASON-ABLE RISK OF SERIOUS HARM TO PLAINTIFF; INCLUDING BUT NOT LIMITED TO THE ALLEGED "GROWTH IN SPREADER SIZE" OF PLAINTIFF'S HERNIA; AND THE MENTAL, PSYCHOLOGICAL, STRESSFUL AND FEARFUL CIRCUMSTANCES WHICH COMES WITH SUCH A 'GROWING' OR 'ORGANIC' INJURY.

26. AS A PROXIMATE RESULT OF THE MEDICAL MEDICAL DEFENDANT'S VIOLATIONS OF PLAINTIFF'S RIGHT TO BE FREE FROM 'CRUEL AND UNUSUAL PUNISHMENT', WHILE HE WAS HOUSED AT H.D.S.P.

4 (F).

PLAINTIFF HAS SUFFERED, AND WILL CONTINUE TO SUFFER IRREPARABLE HARM.

27. AS A DIRECT AND FORESEEABLE RESULT OF THE MEDICAL DEFENDANT(S): DR. WULFF, DR. BRYAN, AND D.O.N. FAULKNER'S VIOLATIONS OF THE EIGHTH AMENDMENT, PLAINTIFF HAS INFACT SUFFERED; IS SUFFERING; AND WILL CONTINUE TO SUFFER PHYSICAL INJURIES FORM OF: LESS PHYSICAL ACTIVITY AND WORK; COMPLICATIONS WITH DOING #1 AND #2 IN THE BATHROOM; FLATULENCE, SNEEZING. AND COUGHING; AS WELL AS OTHER LIMITATIONS ON PHYSICAL ACTIVITY; RESULTING IN ADDED PSYCHOLOGICAL AND MENTAL STRESS, ETC.

28. PLAINTIFF FURTHER STATES THE DEFENDANT(S): DR. WULFF; DR. BRYAN; AND D.O.N. FAULKNER; AS AFOREMENTIONED, DIRECTLY AND APPROXIMATELY CAUSED PLAINTIFF TO BE INJURED AND DAMAGED; AND THE 'ABDOMINAL HERNIA' INCREASED IN SIZE; AND CONTINUES TO INCREASE; BELIEVES HE IS ENTITLED TO AN AMOUNT, NOT YET FULLY ASCERTAINED, BUT IN EXCESS OF: ONE HUNDRED THOUSAND DOLLARS ($100,000.00).

29. PLAINTIFF IS INFORMED AND BELIEVES THAT THE AFOREMENTIONED ACTS AND OMISSIONS OF DEFENDANTS, AND EACH OF THEM: DR. WULFF, DR. BRYAN, D.O.N. FAULKNER; AS SETFORTH HEREIN ABOVE AND BELOW, WERE WILLFULL, WANTON, MALICIOUS, INTENTIONAL, OPPRESSIVE, AND DESPICABLE; AND WERE DONE IN WILLFUL AND CONCIOUS DISREGARD OF THE RIGHTS OF PLAINTIFF, THEREBY JUSTIFYING AN AWARD OF PUNITIVE AND/OR EXEMPLARY DAMAGES IN FAVOR OF PLAINTIFF AND

AGAINST DEFENDANTS IN AN AMOUNT IN EXCESS OF:
ONE HUNDRED THOUSAND DOLLARS ($100,000.00).

30. PLAINTIFF IS INFORMED AND BELIEVES THAT
THE AFOREMENTIONED ACTS AND OMISSIONS OF
DEFENDANTS : DIRECTOR DANIELS AND WARDEN (JOHNSON);
ARE THE RESULT OF THE NEVADA DEPARTMENT OF
CORRECTIONS AND HIGH DESERT STATE PRISON's USE,
APPLICATION, OR POLICY WITHIN : AR-740 : A
RENDERING THAT 'TREATMENT BY A CONTRACT
PROVIDER IS NOT GRIEVABLE PER AR 740.' IN.

31. PLAINTIFF FURTHER STATES THE DEFENDANTS
HAVE USED AR 740 ; BOTH DEFENDANT DANIELS AND
JOHNSON ; AS A MEANS TO LEAVE 'CONTRACT PROVIDERS'
AS UNGRIEVABLE ENTITIES ; AND SEEK IT BE
DECLARED THAT H.D.S.P. AND THE N.D.O.C. HAVE:
USED AR 740 AGAINST MEDICAL GRIEVANCES
FILED BY PLAINTIFF.

WHEREFORE:

BECAUSE DEFENDANT WULFF, BRYAN,
FAULKNER, DANIEL, AND JOHNSON'S ACTS, FAILURES TO
ACT, REFUSALS TO ACT VIOLATED THE EIGHTH AMEND-
MENT OF THE UNITED STATES CONSTITUTION ; RESULTED
IN 'CRUEL AND UNUSUAL PUNISHMENT' AND 'DELIBERATE
INDIFFERENCE TO SERIOUS MEDICAL NEEDS'; PLAINTIFF
PRAYS FOR JUDGEMENT, AS SET FORTH IN THE
PRAYER FOR RELIEF.

- - -
- - -
- - -

4 (H).

## CLAIM 2

The  following  civil  rights  have  been  violated:  ___N / A_____

_____

_____

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____N / A_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## CLAIM 3

The following civil rights have been violated: _____N/A_____

_____

_____

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____N/A_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6

9) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: Yes or (No.) If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

   a) Defendants: ___N/A_____

   b) Name of court and docket number: ___N/A_____

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?):

   _____N/A_____

   d) Issues raised: _____N/A_____

   _____N/A_____

   _____N/A_____

   e) Approximate date it was filed: N/A_____

   f) Approximate date of disposition: _____N/A_____

10) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or (No.) If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

   **Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

   a) Defendants: ___N/A_____

   b) Name of court and case number: ___N/A_____

   c) The case was dismissed because it was found to be (circle one): (1) frivolous;

      (2) malicious; or (3) failed to state a claim upon which relief could be granted.

   d) Issues raised: ___N/A_____

   _____N/A_____

   _____N/A_____

   e) Approximate date it was filed: _____N/A_____

   f) Approximate date of disposition: _____N/A_____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a)   Defendants: _____N/A_____

b)   Name of court and case number: _____N/A_____

c)   The case was dismissed because it was found to be (circle one): (1) frivolous;

     (2) malicious;  or (3) failed to state a claim upon which relief could be granted.

d)   Issues raised: ____N/A_____

     _____N/A_____

     _____N/A_____

e)   Approximate date it was filed: _____N/A_____

f)   Approximate date of disposition: _____N/A_____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a)   Defendants: ____N/A_____

b)   Name of court and case number: ____N/A_____

c)   The case was dismissed because it was found to be (circle one): (1) frivolous;

     (2) malicious;  or (3) failed to state a claim upon which relief could be granted.

d)   Issues raised: ____N/A_____

     _____N/A_____

     _____N/A_____

e)   Approximate date it was filed: _____N/A_____

f)   Approximate date of disposition: _____N/A_____

### D.      REQUEST FOR RELIEF

I believe I am entitled to the following relief: _____

PUNITIVE DAMAGES IN THE AMOUNT OF; AND UPON PROPER
ASSESSMENT IN EXCESS OF: ($100,000.00 - );

COMPENSATORY DAMAGES IN AMOUNT OF; AND UPON PROPER
ASSESSMENT IN EXCESS OF: ($100,000.00 - ); AND

DECLARATORY DAMAGE: A DETERMINATION THAT H.D.S.P. AND
THE N.D.O.C. ARE IN USE OF AR 740 AGAINST GRIEVANCE PROCESS.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

"THE WRIT WRITER"
(name of person who prepared or helped
prepare this complaint if not the plaintiff)

_____
(signature of plaintiff)

11-30-20
(date)

9

Pat Scott Nelson #82571
HDSP
PO Box 650
Indian Springs, NV

RECEIVED
ENTERED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 9 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Lloyd George US District Court
District of Nevada
333 Las Vegas Blvd South
Las Vegas, Nevada 89101

FOREVER / USA

LAS VEGAS NV

891013706-9 CO115