1   AARON D. FORD
    Attorney General
2   DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
3   State of Nevada
    100 N. Carson Street
4   Carson City, NV 89701-4717
    Tel: (775) 684-1150
5   E-mail: drands@ag.nv.gov

6   *Attorneys for Defendants*

7

8                  **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10   PAUL SCOTT NELSON,

                                   Case No. 2:20-cv-02224-JAD-NJK
11            Plaintiff,

12   vs.                           **Stipulation and Order of Dismissal**

13   DANIELS, et al.

                                     ECF No. 13
14            Defendants.

15

16       It is stipulated and agreed to under Rule 41(a)(1)(A)(ii), Federal Rules of Civil

17   Procedure, by and between Plaintiff, Paul Scott Nelson and Defendants by and through

18   counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Nathan C. Holland, Deputy

19   Attorney General,

20   ///

21

22   ///

23   ///

24   ///

25

26   ///

27   ///

28

                                       1

1  that the above-captioned matter be dismissed with prejudice; each party will bear their own attorney

2  fees and costs.

3

4

5

6  Paul Scott Nelson, Plaintiff

7  Pro Se

8  Dated: 10-27-21

9

10

AARON D. FORD
Attorney General
    /s/ Nathan C. Holland for Douglas R.
By: Rands
    Nathan C. Holland, Bar No. 15247
    Deputy Attorney General
    Attorneys for Defendants

    Dated: 11/10/2021

11

12

13

14  **ORDER**

15  Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS
HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear

16  its own fees and costs.  The application to proceed IFP **[ECF No. 4] is DENIED as moot.**
The **Clerk of Court** is directed to  **CLOSE THIS CASE.**

17

18

19  U.S. District Judge Jennifer A. Dorsey
Dated: November 15, 2021

20

21

22

23

24

25

26

27

28

2